UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

ISAIAH ROBLES next friend of
Delmar Sharray Sharp,

        Petitioner,

v.

STATE OF MICHIGAN,

        Respondent.
_____/

Case No. 1:25-cv-281

Honorable Phillip J. Green

## **ORDER**

In accordance with the opinion filed this date:

**IT IS ORDERED** that a certificate of appealability is **DENIED**.

Dated:  April 7, 2025

/s/ Phillip J. Green
PHILLIP J. GREEN
United States Magistrate Judge