UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

ISAIAH ROBLES next friend of
Delmar Sharray Sharp,

       Petitioner,

Case No. 1:25-cv-281

v.

Honorable Phillip J. Green

STATE OF MICHIGAN,

       Respondent.
_____/

## JUDGMENT

In accordance with the opinion entered this day:

**IT IS ORDERED** that the petition for writ of habeas corpus is **DISMISSED WITHOUT PREJUDICE** under Rule 4 of the Rules Governing § 2254 Cases because Petitioner Robles lacks standing to pursue this action and the Court is without jurisdiction to consider it.

Dated:  April 7, 2025              /s/ Phillip J. Green
                                                    PHILLIP J. GREEN
                                                    United States Magistrate Judge